C. Todd Norris, SBN 181337
Arlena V. Carrozzi, SBN 250116
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiff
Jason Everett Thompson

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re:

ASIMOS, DEAN GREGORY,

    Debtor.

JASON EVERETT THOMPSON,

    Plaintiff,

v.

DEAN GREGORY ASIMOS,

    Defendant.

Case No.: 11-13214-AJ

Chapter 7

Adv. Case No. 14-01018

**SUBSTITUTION OF COUNSEL**

| | |
|---|---|
| 1 | TO: THE COURT, THE TRUSTEE, ALL PARTIES, AND TO THEIR COUNSEL OF |
| 2 | RECORD: |

PLEASE TAKE NOTICE THAT plaintiff JASON EVERETT THOMPSON hereby substitutes the following as his counsel of record, in the place of BULLIVANT HOUSER BAILEY PC:

STEPHAN E. KYLE
KYLE LAW CORPORATION
230 California Street, Suite 600
San Francisco, CA 94111
Telephone: 415-839-8110
Facsimile: 415-839-8189
E-mail: skyle@kylelawcorp.com

DATED: 2/7, 2014

BULLIVANT HOUSER BAILEY PC

By _____
C. Todd Norris
Arlena V. Carrozzi

Attorneys for Plaintiff Jason Everett Thompson

DATED: 2/6, 2014

_____
JASON EVERETT THOMPSON

I agree to said substitution.

DATED: February 4, 2014_____, 2014
KYLE LAW CORPORATION

By _____
STEPHAN E. KYLE

14472832.1

*****

- 2 -
SUBSTITUTION OF COUNSEL

Case: 14-01018   Doc# 4   Filed: 02/07/14   Entered: 02/07/14 13:12:06   Page 2 of 3

| | |
|---|---|
| 1 | TO: THE COURT, THE TRUSTEE, ALL PARTIES, AND TO THEIR COUNSEL OF |
| 2 | RECORD: |

PLEASE TAKE NOTICE THAT plaintiff JASON EVERETT THOMPSON hereby substitutes the following as his counsel of record, in the place of BULLIVANT HOUSER BAILEY PC:

>STEPHAN E. KYLE
>KYLE LAW CORPORATION
>230 California Street, Suite 600
>San Francisco, CA 94111
>Telephone: 415-839-8110
>Facsimile: 415-839-8189
>E-mail: skyle@kylelawcorp.com

DATED: _____, 2014

BULLIVANT HOUSER BAILEY PC

By _____
C. Todd Norris
Arlena V. Carrozzi

Attorneys for Plaintiff Jason Everett Thompson

DATED: _____, 2014

_____
JASON EVERETT THOMPSON

I agree to said substitution.

DATED: February 4, 2014_____, 2014

KYLE LAW CORPORATION

By /s/ Stephan E. Kyle
STEPHAN E. KYLE

14472832.1

\*\*\*\*\*

– 2 –
SUBSTITUTION OF COUNSEL