Entered on Docket
April 22, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
April 22, 2014
U.S. Bankruptcy Court
Santa Rosa, Division

In re
Dean Gregory Asimos,           No. 11-13214 AJ
                               Chapter: 7

        Debtor(s).        /
Jason Everett Thompson,        A.P. No. 14-1018

              Plaintiff(s),

    vs.

Dean Gregory Asimos,

        Defendant(s).     /

## ORDER DISMISSING ADVERSARY PROCEEDING FOR LACK OF PROSECUTION

A scheduling conference having been scheduled by the court for April 21, 2014 and the plaintiff having failed to appear without reason or excuse,

IT IS HEREBY ORDERED that the above entitled Adversary Proceeding be dismissed for lack of prosecution.

Dated: April 22, 2014

Alan Jaroslovsky
U. S. Bankruptcy Judge