Entered on Docket
July 23, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



STEPHAN E. KYLE (SBN 158075)
KYLE LAW CORPORATION
230 California Street, Suite 600
San Francisco, CA 94111
Telephone: (415) 839-8100
Facsimile: (415) 839-8189

Signed: July 23, 2014

_____
ALAN JAROSLOVSKY U.S. Bankruptcy Judge

Attorneys for Plaintiff
JASON EVERETT THOMPSON

# IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>DEAN GREGORY ASIMOS,<br><br>Debtor.<br><br>_____<br><br>JASON EVERETT THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>DEAN GREGORY ASIMOS,<br><br>Defendant. | Case No.: 11-13214-AJ<br><br>Chapter 7<br><br>Adv. Case No. 14-01018<br><br>**ORDER VACATING THE APRIL 22, 2014 ORDER OF DISMISSAL OF ADVERSARY PROCEEDING AND NOTICE OF SCHEDULING CONFERENCE**<br><br>Date: July 11, 2014<br>Time: 10:00 a.m.<br>Place: 99 South "E" Street<br>       Santa Rosa, CA 95404<br><br>Judge: Hon. Alan Jaroslovsky |

The motion for an order vacating the April 22, 2014 order of dismissal [AP DI No. 6] (the "Dismissal Order") of the adversary proceeding filed by movant Jason Everett Thompson ("Plaintiff") came on for Hearing in the above-entitled Court on July 11, 2014, at 10:00 a.m., before the Honorable Alan Jaroslovsky, United States Bankruptcy Judge.

Plaintiff appeared by and through his attorneys of record, Stephan E. Kyle of Kyle Law

-1-
IN RE: DEAN GREGORY ASIMOS

Corporation. No appearance was made by or on behalf of debtor Dean Gregory Asimos ("Debtor"). Upon consideration of Plaintiff's motion, and the Statement of Non-Opposition filed by Debtor, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff's motion for an order vacating the Dismissal Order is granted in part and denied in part, as follows:

Plaintiff's motion is GRANTED and the adversary proceeding is hereby reinstated as to Plaintiff's claim for relief pursuant to 11 U.S.C. Section 523(a)(6); and

Plaintiff's motion is DENIED as to the claim for relief pursuant to 11 U.S.C. Section 727(a)(4)(A) in Plaintiff's adversary complaint in light of the Court's Order of Discharge and Final Decree entered on May 19, 2014 [D.I. No. 105].

IT IS FURTHER ORDERED AND THE PARTIES ARE HEREBY NOTIFIED that a scheduling conference in the above-referenced adversary proceeding will be held on **Monday, August 18, 2014, at 2:00 P.M., before Hon. Alan Jaroslovsky at the U.S. Bankruptcy Court, Courtroom, 99 South E St., Santa Rosa, CA 95404.**

**END OF ORDER**