STEPHAN E. KYLE (SBN 158075)
ANDREW H. WINETROUB (SBN 291847)
KYLE LAW CORPORATION
350 California Street, 22nd Floor
San Francisco, CA 94104
Telephone: (415) 839-8100
Facsimile: (415) 839-8189

Attorneys for Plaintiff
JASON EVERETT THOMPSON

# IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>DEAN GREGORY ASIMOS,<br><br>Debtor. | Case No.: 11-13214-AJ<br><br>Chapter 7<br><br>Adv. Case No. 14-01018<br><br>**STIPULATED MOTION TO FURTHER CONTINUE TRIAL DATE** |
| JASON EVERETT THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>DEAN GREGORY ASIMOS,<br><br>Defendant. | <br><br><br><br>Judge: Hon. Alan Jaroslovsky |

WHEREAS, on August 20, 2014, the Court entered the Scheduling Conference Order and Notice of Trial, which set February 18, 2015 as the initial trial date for this adversary proceeding [A.P. Dkt. No. 17];

WHEREAS, on January 16, 2015, the Court entered the Order Granting Stipulated Motion To Continue Trial Date, which set November 18, 2015 as the trial date for this

Kyle
Law
Corporation

adversary proceeding and October 16, 2015 as the deadline for all depositions and other discovery [A.P. Dkt. No. 21];

WHEREAS, on September 9, 2015, the Court entered the Order Granting Stipulated Motion To Further Continue Trial Date, which set May 18, 2016 as the trial date for this adversary proceeding and April 18, 2016 as the deadline for all depositions and other discovery [A.P. Dkt. No. 23];

WHEREAS, on February 18, 2016, the Court entered the Order Granting Stipulated Motion To Further Continue Trial Date, which set November 16, 2016 as the trial date for this adversary proceeding and October 17, 2016 as the deadline for all depositions and other discovery [A.P. Dkt. No. 25];

WHEREAS, on September 26, 2016, the Court entered the Order Granting Stipulated Motion To Further Continue Trial Date, which set May 17, 2017 as the trial date (the "Trial Date") for this adversary proceeding and April 17, 2017 as the deadline for all depositions and other discovery (the "Discovery Deadline") [A.P. Dkt. No. 27];

WHEREAS, the Order Granting Stipulated Motion To Further Continue Trial Date was entered as a result of debtor Dean Gregory Asimos' appeal in the California Court of Appeal, First Appellate District (Court of Appeal Case No. A140096) (the "First Appeal") remaining unresolved;

WHEREAS, the debtor Dean Gregory Asimos filed a second appeal in the California Court of Appeal, First Appellate District (Court of Appeal Case No. A147960) (the "Second Appeal") arising out of the same trial court action, wherein he has appealed the Order Granting Motion For Attorneys' Fees And Costs Following Judgment Of Contempt, entered by the San Francisco Superior Court (Case No. CGC-11-514980) on February 4, 2016;

WHEREAS, on December 15, 2016, the California Court of Appeal filed its decision in

the First Appeal, which, among other things, remanded the case to the trial court for a further determination on damages;

WHEREAS, on February 22, 2017, the California Court of Appeal issued its remittitur in the First Appeal and the decision of the Court became final, thereby restoring the trial court's jurisdiction over the matter such that it shall, on remand, render a further determination on damages as well as hear further motions filed by the parties in connection therewith;

WHEREAS, on February 28, 2017, debtor Dean Gregory Asimos filed his Appellant's Opening Brief in the Second Appeal, with the briefing process in the California Court of Appeal to continue in the coming months and the scheduling of a hearing on the appeal to follow thereafter;

WHEREAS, plaintiff Jason Everett Thompson's adversary complaint seeks a determination of nondischargeability of certain debts included in the Superior Court judgment, in whole or in part, under 11 U.S.C. § 523(a)(6), which remains subject to debtor Dean Gregory Asimos' appeal and the damages determination to be made on remand, thus rendering the decisions of the Court of Appeal and the trial court essential to determining whether there is any potentially dischargeable debt involved in this adversary proceeding;

WHEREAS, proceeding to trial prior to resolution of the matters before the California Court of Appeal and the Superior Court would produce potentially duplicitous and unnecessary litigation, thereby wasting judicial resources;

NOW THEREFORE, the undersigned parties hereby stipulate to the foregoing recitals and respectfully request that the Trial Date and related discovery and briefing deadlines be further continued until February 2018 in order to allow additional time for the trial court to render its damages determination on remand of the First Appeal as well as briefing to be completed and a decision to be rendered by the California Court of Appeal in the Second

-3-
IN RE: DEAN GREGORY ASIMOS
CASE NO. 14-43260-RLE

Kyle Law Corporation

Case: 14-01018   Doc# 29   Filed: 03/09/17   Entered: 03/09/17 11:28:52   Page 3 of 4

Appeal.

DATED: March 8, 2017

                              KYLE LAW CORPORATION

                              By */s/ Andrew Winetroub*
                              Stephan E. Kyle, Esq.
                              Andrew H. Winetroub, Esq.
                              Attorneys for Jason Everett Thompson

DATED: March 8, 2017

                              SAGARIA LAW, P.C.

                              By */s/ Joe Angelo*
                              Joseph Angelo, Esq.
                              Attorneys for Dean Gregory Asimos