Form BLK

## UNITED STATES BANKRUPTCY COURT
### Northern District of California

| In Re: | Thompson v. Asimos | Case No.: 14–01018 CN 0 |
|---|---|---|
| | Debtor(s) | Chapter: 0 |

PLEASE TAKE NOTICE that due to the court's unavailability, the hearing on Stipulated Motion to Further Continue Trial Date and Status Conference set for 10/17/2018 at 11:00 AM is continued to 11/07/2018 at 11:00 AM in the United States Bankruptcy Court, 99 South "E" Street, Santa Rosa, California. Status Conference statements are due by 10/31/2018.

Dated: 9/13/18

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court