STEPHAN E. KYLE (SBN 158075)
KYLE LAW CORPORATION
465 California Street, 5th Floor
San Francisco, CA  94104
Telephone:    (415) 839-8100
Facsimile:    (415) 839-8189

Attorneys for Plaintiff
JASON EVERETT THOMPSON

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Case No.: 11-13214-AJ |
| DEAN GREGORY ASIMOS, | Chapter 7 |
| Debtor. | Adv. Case No. 14-01018 CN |
| | **JOINT STATUS REPORT AND STIPULATION TO CONTINUE HEARING ON STIPULATED MOTION TO CONTINUE TRIAL DATE** |
| JASON EVERETT THOMPSON, | |
| Plaintiff, | |
| v. | |
| DEAN GREGORY ASIMOS, | Judge: Hon. Charles Novak |
| Defendant. | |

WHEREAS, on August 20, 2014, the Court entered the Scheduling Conference Order and Notice of Trial, which set February 18, 2015 as the initial trial date for this adversary proceeding [A.P. Dkt. No. 17];

WHEREAS, the Court has granted multiple continuances of the trial date and related deadlines for discovery due to ongoing litigation between the parties in the San Francisco

Superior Court and the California Court of Appeals [A.P. Dkt. Nos. 21, 23, 25, 27, 30, 38 and 43], and most recently set a Status Conference for May 22, 2019 in order to address the readiness of the parties to move forward with this adversary proceeding [A.P. Dkt. No. 46].

WHEREAS, plaintiff Jason Everett Thompson's adversary complaint seeks a determination of nondischargeability of certain debts included in the Superior Court judgment, in whole or in part, under 11 U.S.C. § 523(a)(6), thus making the final judgment in the Superior Court essential to determining whether there is any potentially dischargeable debt involved in this adversary proceeding;

WHEREAS, the state court proceedings mentioned above have now concluded and the time frame within which to initiate any further appeals has now expired.

NOW THEREFORE, the undersigned parties hereby stipulate to the foregoing recitals and respectfully request that the Trial Date and related discovery and briefing deadlines be set for a date not sooner than March 2020.

Respectfully submitted,

DATED: May 16, 2019

KYLE LAW CORPORATION

By */s/ Stephan E. Kyle*
Stephan E. Kyle, Esq.
Attorneys for Jason Everett Thompson

DATED: May 16, 2019

Gale, Angelo, Johnson, & Pruett, P.C.

By */s/ Joseph Angelo*
Joseph Angelo, Esq.
Attorneys for Dean Gregory Asimos

-2-
IN RE: DEAN GREGORY ASIMOS