**Entered on Docket**
**August 20, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the Court.
Signed: August 20, 2020



_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>DEAN GREGORY ASIMOS,<br>    Debtor. | Case No. 11-13214<br>Chapter 7 |
| JASON EVERETT THOMPSON,<br>    Plaintiff,<br>vs.<br>DEAN GREGORY ASIMOS,<br>    Defendant. | Adversary No. 14-1018 CN<br><br>**ORDER AFTER CONTINUED STATUS CONFERENCE** |

A status conference in this adversary proceeding was held on August 19, 2020. Appearances were stated on the record. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that by **August 31, 2020,** Defendant shall file and serve a new motion for summary judgment or renotice for hearing his Motion for Summary Judgment filed on June 25, 2020 [D.E. 56]. A continued status conference regarding the debt relief issue will be heard on the same day as the hearing on the motion for summary judgment.

**\* \* \* END OF ORDER \* \* \***

1

ORD AFTER CONT STATUS CONFERENCE
Case: 14-01018   Doc# 68   Filed: 08/20/20   Entered: 08/20/20 12:17:51   Page 1 of 2

COURT SERVICE LIST

Recipients are ECF participants