

1  Joe Angelo (Bar # 268542)
   jangelo@gajplaw.com
2  Gale, Angelo, Johnson, & Pruett, P.C.
   1430 Blue Oaks Blvd., Ste. 250
3  Roseville, CA 95747
   916-290-7778 ph
4  916-721-2767 fax

5  Attorney for Defendant
   Dean Asimos

The following constitutes the order of the Court.
Signed: August 28, 2020

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| In Re:<br>**DEAN GREGORY ASIMOS**<br>               Debtor<br>_____<br>Jason Everett Thompson<br>               Plaintiff<br>v.<br>Dean Gregory Asimos<br>               Defendant. | Case No.: 11-13214<br><br>A.P. Case No.: 14-01018-CN<br><br>Chapter 7<br><br>**ORDER ON STIPULATION TO MODIFY SCHEDULING OF FILING MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge:    Hon. Charles Novack |

      Upon consideration of Plaintiff Jason Everett Thompson and Defendant Dean Gregory Asimos' ("the Parties") Stipulation to Modify Scheduling of Filing Motions for Summary Judgment, and for good cause appearing, it is hereby **ORDERED:**

1. The August 31, 2020 deadline for Defendant to re-notice or refile his motion for summary judgment is vacated;

2. The Parties shall have until September 30, 2020 to file their respective cross-motions for summary judgment; and

1

3. The Parties shall notice their cross-motions for summary judgment to be heard on the Court's November 4, 2020 calendar at 11:00am.

**\*\*\*END OF ORDER \*\*\***

Court Service List

All Parties ECF Participants