

The following constitutes the order of the Court.
Signed: September 4, 2020

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DEAN GREGORY ASIMOS,<br><br>    Debtor. | Case No. 11-13214 CN<br>Chapter 7 |
| JASON EVERETT THOMPSON,<br><br>    Plaintiff,<br>vs.<br><br>DEAN GREGORY ASIMOS,<br><br>    Defendant. | Adversary No. 14-01018<br><br>**ORDER CANCELLING TRIAL DATES** |

On December 23, 2019, this court entered an order setting the above captioned matter for trial commencing on September 16, 2020. On August 27, 2020, Dean Gregory Asimos and Jason Everett Thompson filed a Stipulation to Modify Scheduling of Filing Motions for Summary Judgment. The notice states that the parties believe all of the issues contained in Plaintiff's First Amended Complaint can be addressed through cross-motions for summary judgment and the parties stipulate that Asimos and Thompson shall each have until September 30, 2020 to file their respective cross-motions for summary judgment.

Accordingly, the court having considered the Stipulation, the trial dates are hereby removed from this court's calendar.

                                              **\* \* \* END OF ORDER \* \* \***

Case No. 14-01018 CN

**COURT SERVICE LIST**

Recipients are ECF participants