Joe Angelo (Bar # 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorney for Defendant
Dean Asimos

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION

| | |
|---|---|
| In Re:<br><br>**DEAN GREGORY ASIMOS**<br><br>Debtor<br>_____<br><br>Jason Everett Thompson<br><br>Plaintiff<br><br>v.<br><br>Dean Gregory Asimos<br><br>Defendant. | Case No.: 11-13214<br><br>A.P. Case No.: 14-01018-CN<br><br>Chapter 7<br><br>**NOTICE OF HEARING**<br><br>Date:     November 4, 2020<br>Time:    11:00 am<br>Location:  Tele/videoconference<br>                Tele/videoconference<br><br>Judge:   Hon. Charles Novack |

      To the United States Bankruptcy Court, the Honorable Judge Novack, and the **Plaintiff**

      **NOTICE IS HEREBY GIVEN** that on November 4, 2020, at 11:00 a.m. or as soon thereafter as the matter may be heard in, Defendant Dean Asimos (hereinafter "Defendant") will move this Court for an Order to grant his Motion for Summary Judgment. This Motion is being made under F.R.C.P. 56 and F.R.B.P. 7056.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9014-1(c)(1) and Local Bankruptcy Rule 7007-1 written opposition must be filed at least 14 days prior to the November 4, 2020 hearing. A failure to oppose the motion may result in the relief sought being granted. If opposition is presented, or if there is other good cause, the Court may continue the hearing to permit the filing of evidence and briefs. Any reply shall be filed and served at least 7 days prior to the actual scheduled hearing date.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Fourth Amended General Order 38, signed on September 23, 2020 by Chief Bankruptcy Judge Charles Novack, no in person hearings will be held and, should an appearance on the motion be necessary, it will be conducted through a telephonic or video proceeding. **All interested parties should consult the Bankruptcy Court's website at [www.canb.uscourts.gov](www.canb.uscourts.gov) for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website."**

Dated: September 30, 2020          Gale, Angelo, Johnson, & Pruett, P.C.

By: */s/ Joe Angelo*
Joe Angelo
Attorney for Defendant Dean Asimos